UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE THE APPLICATION OF KJETIL SAKKESTAD,<br><br>    Petitioner,<br><br>  v.<br><br>NICOLE LYNN WEATHERMAN,<br><br>    Respondent. | Case No. C07-5528FDB<br><br>*NE EXEAT* ORDER and ORDER REQUIRING APPEARANCE OF RESPONDENT AND CHILD AT HEARING |

This matter is before the Court on a Petition for Return of Child to the State of Habitual Residence (Norway).

Pursuant to 42 U.S.C. § 11604(a), this Court has the authority to take measures "as appropriate, to protect the well-being of the child involved or to prevent the child's further removal or concealment before the final disposition of the petition."

Upon review of the documents filed in this matter by the Petitioner, the Court finds that there is good cause shown to issue an Order Ne Exeat as to the minor child, herein referred to by the initials N.S., born November 30, 2005.

ORDER - 1

## **ORDER NE EXEAT**

NOW, THEREFORE, IT IS ORDERED:

1. Pending further order of this Court, the minor child, N.S., shall not be removed from the state of Washington.

2. Unless specifically extended by the Court, this Order shall expire on the date this Court issues its ruling on the Petition for Return of Child to his habitual residence (Norway).

3. Any and all custody proceedings instituted by Respondent against Petitioner in the State of Washington shall be stayed.

4. Respondent Nicole Lynn Weatherman shall appear with the minor child, N.S., at the hearing on **December 6, 2007 at 2:00 p.m.** in the Courtroom of the undersigned judge at the United States Courthouse, 1717 Pacific Ave., Tacoma, Washington 98402.

DATED this 31st day of October, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2