UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN RE THE APPLICATION OF KJETIL
SAKKESTAD,

        Petitioner,

        v.

NICOLE LYNN WEATHERMAN,

        Respondent.

Case No. C07-5528FDB

ORDER TO SHOW CAUSE FOR
WRIT OF HABEAS CORPUS

TO: Respondent Nicole Lynn Weatherman

This matter is brought pursuant to The Convention on the Civil Aspects of International Child Abduction, done at The Hague on 25 October 1980; Intentional Child Abduction Remedies Act, 42 U.S.C. § 11601 *et seq.*

IT IS HEREBY ORDERED:

1. That Respondent – Nicole Lynn Weatherman – shall appear before this Court at 2:00 p.m. on the 6th day of December 2007, in Courtroom C, United States District Court, Union Station Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402, to show cause, if any there be as follows:

        a. Why Petitioner's Petition for Return of Child should not be granted;

        b. Why this Court should not order the return of minor child N.S. to Norway.

ORDER - 1

1       2.  That Respondent, Nichole Lynn Weatherman,  shall appear at the aforementioned hearing

2    with the minor child, N.S. and

3       3.  That a copy of this Order and a copy of the Petition for Return of the Child to the State of

4    Habitual Residence in Norway shall be promptly served on Respondent, Nicole Lynn Weatherman,

5    5612 N.E. 115th Street, Vancouver, Washington 98686, and her attorney, Alfred A. Bennett at Law

6    Office of Alfred A. Bennett, 415 East Mill Plain Boulevard, Vancouver, Washington 98660, or at

7    any location where respondent may be found.

8       4.  Respondent's written brief in this matter is due no later than November 19, 2007;

9    Petitioner's Reply is due no later than November 23, 2007.

10

11       DATED this 31st day of October, 2007.

12

13

14    FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26    ORDER - 2