1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
9                                        AT TACOMA

10   IN RE THE APPLICATION OF KJETIL
     SAKKESTAD,
11
                                                       Case No. C07-5528FDB
12              Petitioner,

13         v.                                          ORDER DENYING APPLICATION
                                                       TO PROCEED *IN FORMA PAUPERIS*
14   NICOLE LYNN WEATHERMAN,

15              Respondent.

16         Petitioner Sakkestad moves to proceed *in forma pauperis*, and submits responses to

17   questions contained in the court's standard application.  Petitioner's responses are incomplete,

18   however, as he has failed to describe the amount of money that he receives as "government funds."

19         ACCORDINGLY, IT IS ORDERED: Petitioner's Application to Proceed *In Forma*

20   *Pauperis* [Dkt. # 14] is DENIED.

21         DATED this 6th day of November, 2007.

22

23                                            _____

24                                            FRANKLIN D. BURGESS
                                              UNITED STATES DISTRICT JUDGE
25

26   ORDER - 1